The People of the State of Illinois, defendant in error, v. Nicholas Pappas, plaintiff in error. Gen. No. 33,180.

Opinion filed May 29, 1929.

Frank C. Hill, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson, Assistant State's Attorney, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Aranell Brown, plaintiff in error. Gen. No. 33,181.

Opinion filed May 29, 1929.

Frank C. Hill, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson, Assistant State's Attorney, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Fred G. Schweizer, appellee, v. W. F. Seidel and L. A. Seidel, trading as Ad. Seidel & Sons, appellants. Gen. No. 33,193.

Opinion filed May 29, 1929.

Henry S. Blum, for appellants; Reuben S. Flacks, of counsel. J. Lester Williams, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Hollander Express & Van Co., appellee, v. Sam Simon, impleaded with Edward Simon, appellant. Gen. No. 33,218.

Opinion filed May 29, 1929.

Lambert K. Hayes, for appellant. James M. Devaney, for appellee; Willis E. Thorne, of counsel.

Mr. Justice Wilson delivered the opinion of the court.